# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

HOUSTON CLAY HAMILTON, JR                                          PLAINTIFF

V.                                    No. 3:21-CV-00179-DPM-JTR

SUSAN COX, Nurse,
Poinsette County Detentions Center, *et al.*                        DEFENDANTS

## <u>ORDER</u>

Since filing his Complaint on August 30, 2021, Plaintiff Houston Clay Hamilton, Jr. ("Hamilton") has filed three Motions for Status. *Docs. 6-8*. Hamilton's initial Motion for Status (*Doc. 6*) is GRANTED.

Before Hamilton may proceed with this action, the Court must screen his claims.[1] His Complaint (*Doc. 2*) and Supplemental Complaint (*Doc. 5*) are currently under review by the Court. Once this screening review is complete, the Court will direct service upon the applicable Defendant(s) for claims that survive screening, if any.

---

[1]The Prison Litigation Reform Act requires federal courts to screen prisoner complaints, and to dismiss any claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(a) & (b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint, and it may consider documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

IT IS THEREFORE ORDERED THAT:

1.      Hamilton's Motion for Status (*Doc. 6*) is GRANTED.

2.      Hamilton's second and third Motions for Status (*Docs. 7 & 8*) are DENIED, as moot.

3.      The Clerk is directed to send Hamilton an updated copy of the docket sheet.

DATED this 23rd day of November, 2021.

_____
  UNITED STATES MAGISTRATE JUDGE