# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**HOUSTON CLAY HAMILTON, JR.**
**#654768**                                                                        **PLAINTIFF**

**v.**                              **No. 3:21-cv-179-DPM**

**SUSAN COX, "Susan Duffel," Nurse,**
**Poinsett County Detention Center, and**
**KAVIN MOLDER, Sheriff, Poinsett**
**County**                                                        **DEFENDANTS**

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Ray's recommendation, *Doc. 10*, and overrules Hamilton's objections, *Doc. 11*. FED. R. CIV. P. 72(b)(3). Hamilton's complaint will be dismissed without prejudice for failure to state a claim. The Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 December 2021