IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HOUSTON CLAY. HAMILTON, JR.
#654768                                                                                      PLAINTIFF

v.                                    No. 3:21-cv-179-DPM

SUSAN COX, "Susan Duffel," Nurse,
Poinsett County Detention Center, and
KAVIN MOLDER, Sheriff, Poinsett
County                                                                                      DEFENDANTS

JUDGMENT

Hamilton's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 December 2021